FILED
2018 May-14  PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ACADIA INSURANCE COMPANY,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**SOUTHERNPOINTE GROUP INC.,** )<br>**et al.,** )<br>)<br>Defendants. ) | Civil Action Number<br>2:17-cv-01368-AKK |

### ORDER

The court having been informed during the status conference on April 23, 2018 that the parties have amicably settled this case, it is **ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE**. This court shall retain jurisdiction over the parties until June 15, 2018 for purposes of enforcing the parties' settlement agreement and entering any necessary orders to effectuate that agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal to the court by June 15, 2018. Otherwise, after that date, this action will be deemed dismissed with prejudice.

**DONE** the 14th day of May, 2018.

                                                 */s/ Abdul K. Kallon*
                                                 **ABDUL K. KALLON**
                                       UNITED STATES DISTRICT JUDGE